IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO


**UNITED STATES OF AMERICA**

    **vs.**                                             **CASE NO. :   3:99-CR-206 (JAF)**

**ANGEL QUINONES-HERNANDEZ**
\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\* \* \*

**ORDER**

    Upon petition of LUIS O. ENCARNACION-CANALES, U.S. PROBATION OFFICER of this Court, alleging that releasee, Angel Quiñones Hernandez, has failed to comply with his conditions of supervised release, it is

    ORDERED that releasee appear before this Court on _____ 2005 at _____, for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked; thereupon the releasee to be dealt with pursuant to law.

    At this hearing, releasee will be entitled:

1. To the disclosure of evidence against his.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against his.
4. To be represented by counsel.

    The Clerk shall issue the corresponding warrant to the releasee, Angel Quiñones Hernandez, and notify counsel for releasee and for the government with copy of this Order.

    IT IS SO ORDERED

    In San Juan, Puerto Rico, this      day of           , 2005.


                                                  _____
                                                  HON. JOSE A. FUSTE, CHIEF
                                                  U.S. DISTRICT JUDGE