Six minutes

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS          DATE: June 30, 2005

HONORABLE AIDA M. DELGADO-COLON, U. S. MAGISTRATE JUDGE

COURTROOM DEPUTY: Sarah V. Ramón     Case No. CR.99-0206-02 (JAF)

PTS: Héctor Torres                 USPO: Víctor Canino

===============================================================

United States of America       ATTORNEYS:

Plaintiff

vs.

Angel Quiñones-Hernández

Material Witness(es)

===============================================================

     Defendant was brought before the Court based on a warrant of arrest that was issued by Hon. José A. Fusté, Chief U.S. District Judge.

     Defendant was advised of his rights and charges and was informed that a hearing to **show cause regarding violations of supervised release is set for July 5, 2005 at 10:00 a.m.**

     **The Revocation Hearing is set for August 8, 2005 at 1:30 p.m. before Hon. José A. Fusté, Chief U.S. District Judge.**

                                            s/ Sarah V. Ramón
                                            Sarah V. Ramón, Deputy Clerk