IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA    *
                            *
        Plaintiff           *    CASE NO. _C R 99-206-2(JAF)_
                            *
        vs.                 *
                            *
_Angel Quinones Hernández_  *
        Defendant           *
                            *
* * * * * * * * * * * * * * * * * * * * * *

## NOTICE TO MDC-GUAYNABO

### RE: DEFENDANT'S MEDICAL CONDITION AND/OR TREATMENT

Please be advised that the above-captioned defendant is being or has been treated and/or suffers from the following:

_Diabetes_

_____

_____

_____

_____

Defendant informed he/she is taking the following medications:

_____

_____

_____

_____

In San Juan, Puerto Rico, this _30_ day of _June_, 2005.

_____
Magistrate Courtroom Deputy
or Judicial Officer

s/c: AUSA, USM, PTS, ATTY, MDC