## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS              DATE: July 5, 2005

HONORABLE AIDA M. DELGADO-COLON, U.S. MAGISTRATE JUDGE

COURTROOM DEPUTY: Sarah V. Ramón        Case No. CR. 99-0206-2 (JAF)

COURT REPORTER: FTR

INTERPRETER: Marie Hernández           USPO: Luis Encarnación

================================================================
United States of America           ATTORNEYS : Jenifer Hernández

Plaintiff

v.

Angel Quiñones-Hernández              Joannie Plaza, FPD

Defendant(s)
================================================================

CASE CALLED FOR AN ORDER TO SHOW CAUSE HEARING AS TO VIOLATIONS OF SUPERVISED RELEASE.

Counsel for defendant informs that she has discussed with defendant the violations, as so mentioned by the probation officer, and that the same will not be contested. The defendant is also aware that the revocation hearing has already been set.

Therefore, due that the defendant is not challenging the violations as so mentioned by the probation officer, Magistrate Delgado-Colón finds probable cause for the supervised release term be revoked and a Report and Recommendation will be issued.

**Revocation hearing is set for August 8, 2005 at 1:30 p.m. before Hon. José A. Fuste, Chief U.S. District Judge.**

s/Sarah V. Ramón
Sarah V. Ramón, Deputy Clerk