# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
Scheduled Time:1:30 PM
Starting Time:2:25 PM
Ending Time: 2:35 PM
```

**MINUTES OF PROCEEDINGS**

BEFORE HONORABLE CHIEF JUDGE JOSE A. FUSTE

COURTROOM DEPUTY:  Gretchen Rodriguez          DATE: August 18, 2005

COURT REPORTER: Yvette Richardson              CR NO: 99-206-2 (JAF)

COURT INTERPRETER: Felix Toledo

==================================================================

**ATTORNEYS:**

UNITED STATES OF AMERICA                        Scott Anderson, AUSA

vs.

2- ANGEL QUINONES-HERNANDEZ                     Victor Gonzalez-Bothwell, AFPD
==================================================================

The defendant is present in court.  He is  X   under custody  __ on bond

**CASE CALLED FOR REVOCATION HEARING**. The defendant has no evidence to rebut the evidence presented by the US. Probation Officer. **The term of supervised release imposed on January 18, 2000 is hereby revoked.**

**IT IS THE JUDGMENT OF THE COURT** as to violation(s)  Standard conditions

Probation term:  _____

Imprisonment term for a total of  **TWENTY-FOUR (24) MONTHS**

Supervised release for a total term of   **NONE**

Fine:  NONE       Special monetary assessment: NONE

Restitution:  NONE

Crim. 99-206-2(JAF)
August 18, 2005

===================================================================

Forfeiture:     NONE

All terms and conditions are specified in the judgment form.

The defendant is advised of his/her right to appeal, etc.

 X   The defendant is to remain  X   under custody; ___ on bond.

                                S/ Gretchen S. Rodriguez
                                Gretchen S. Rodriguez
                                Courtroom Deputy Clerk