AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

____JUDICIAL____ District of ____PUERTO RICO____

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |

| | Case Number: | 99-206-2(CCC) |
|---|---|---|
| 2- ANGEL QUINONES-HERNANDEZ | USM Number: | 17946-069 |
| | Victor Gonzalez-Bothwell, AFPD | |
| | Defendant's Attorney | |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  standard condition of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Standard condition 1 | Defendant tested positive to cocaine. | June 10, 2005 |
| Standard condition 3 | Defendant failed to follow instructions of Probation Officer, failed to report to the office and to provide new address. | June 30, 2005 |
| Standard condition 6 | Defendant failed to notify new address to Probation Officer. | June 30, 2005 |
| Standard condition 11 | Defendant failed to report that he had been arrested. | April 21, 2005 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Defendant's Soc. Sec. No.: NNN-NN-6667 | August 18, 2005 |
|---|---|
| Defendant's Date of Birth: 3/12/1970 | Date of Imposition of Judgment |
| | S/ JOSE A FUSTE |
| Defendant's Residence Address: | Signature of Judge |
| Hato Plaza Condominium | |
| Apartment 7-K | JOSE A. FUSTE, CHIEF, U.S. DISTRICT JUDGE |
| Hato Rey, P.R. 00918 | Name and Title of Judge |
| | August 18, 2005 |
| | Date |
| Defendant's Mailing Address: | |

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page  2  of  2

DEFENDANT:        ANGEL QUINONES-HERNANDEZ
CASE NUMBER:      99-CR-206-2 (JAF)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :   **TWENTY-FOUR (24) MONTHS**

☐ The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL