IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>                vs.<br><br>ANGEL QUIÑONES-HERNANDEZ,<br>        Defendant. | CRIMINAL NO. 99-206 (JAF) |

**NOTICE OF APPEAL**

TO THE HONORABLE JOSE A. FUSTE
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

Notice is hereby given by ***ANGEL QUIÑONES-HERNANDEZ***, the defendant herein, that he respectfully appeals to the United States Court of Appeals for the First Circuit, from the Judgement and Sentenced on August 11, 2005, by the Hon. Jose A. Fuste, District Judge for the District of Puerto Rico.

I HEREBY CERTIFY that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 25th day of August, 2005.

JOSEPH C. LAWS
Federal Public Defender

*S/Juan F. Matos de Juan*
JUAN F. MATOS DE JUAN
Assistant Federal Public Defender
USDC-PR 207605
241 F.D. Roosevelt Avenue
San Juan, PR 00918-2441
Juan_Matos@fp.org