# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
## Transmittal of Record to the Court of Appeals

**DATE:** September 28, 2005

**DC #:** 99-206 (JAF)

**APPEAL FEE PAID:** YES ___ NO _X_

**CASE CAPTION:** USA v. Quiñones-Hernández
Defendant: Angel R. Quiñones-Hernández (2)

**IN FORMA PAUPERIS:** YES _X_ NO ___

**MOTIONS PENDING:** YES ___ NO _X_

**NOTICE OF APPEAL FILED BY:** Defendant

**APPEAL FROM:** Judgment on Revocation entered on 08/22/05

**SPECIAL COMMENTS:** Original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

| DOCUMENTS: | VOLUMES: |
|---|---|
| Docket Entries 74, 76, 80-93 | I |

I HEREBY certify that the enclosed documents contained herein are copies or the original pleadings as described in the annexed index and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk