AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

__JUDICIAL__     District of    __PUERTO RICO__

UNITED STATES OF AMERICA  |  **JUDGMENT IN A CRIMINAL CASE**
V.                        |  (For **Revocation** of Probation or Supervised Release)

Case Number:    99-206-2(CCC)
USM Number:    17946-069

2- ANGEL QUINONES-HERNANDEZ

Victor Gonzalez-Bothwell, AFPD
Defendant's Attorney

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)  _standard condition of the term of supervision._

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard condition 1 | Defendant tested positive to cocaine. | June 10, 2005 |
| Standard condition 3 | Defendant failed to follow instructions of Probation Officer, failed to report to the office and to provide new address. | June 30, 2005 |
| Standard condition 6 | Defendant failed to notify new address to Probation Officer. | June 30, 2005 |
| Standard condition 11 | Defendant failed to report that he had been arrested. | April 21, 2005 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   NNN-NN-6667

Defendant's Date of Birth:   3/12/1970

Defendant's Residence Address:

Hato Plaza Condominium

Apartment 7-K

Hato Rey, P.R. 00918

Defendant's Mailing Address:

August 18, 2005
Date of Imposition of Judgment

S/ JOSE A FUSTE
Signature of Judge

JOSE A. FUSTE, CHIEF, U.S. DISTRICT JUDGE
Name and Title of Judge

August 18, 2005
Date

| | |
|---|---|
| DEFENDANT: ANGEL QUINONES-HERNANDEZ | Judgment — Page 2 of 2 |
| CASE NUMBER: 99-CR-206-2 (JAF) | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWENTY-FOUR (24) MONTHS**

☐ The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2 p.m. on _____ .

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 10/28/05 to MDC Guaynabo a Puerto Rico with a certified copy of this judgment.

for: Hector A. Ledesma
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Certified to be a true & exact copy of the document,
or, an authorized electronic docket entry on file
FRANCES RIOS DE MORAN, CLERK
U.S. District Court for the
District of Puerto Rico
By: _____
Deputy Clerk
Date: 7/22/05