AO 442    (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

**FOR THE** _____ District of _____ **PUERTO RICO** _____

UNITED STATES OF AMERICA

V.

**ANGEL R. QUIÑONES-HERNANDEZ**

SAN JUSTO #54
VIEJO SAN JUAN, P.R.

To: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

Case Number: **CR. 99-206-2 (JAF)**

YOU ARE HEREBY COMMANDED to arrest _____ **ANGEL R. QUIÑONES-HERNANDEZ** _____

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  X Violation  ☐ Probation Violation Petition

charging him or her      (brief description of offense)

DEFENDANT HAS FAILED TO COMPLY WITH HIS CONDITIONS OF SUPERVISED RELEASE TERM.
(DEFENDANT, ONCE ARRESTED, SHALL BE BROUGHT BEFORE A MAGISTRATE /JUDGE FOR INITIAL
REVOCATION HEARING).

in violation of _____--------- United States Code, Section(s) _____-----------------------

JOSE A. FUSTE, CHIEF US DISTRICT JUDGE
Name of Issuing Officer

S/REBECCA AGOSTINI-VIANA
Signature of Deputy Clerk

Deputy Clerk
Title of Issuing Officer

6/23/2005, Hato Rey, P.R. 00918
Date and Location

Bail fixed at $ ----------------NO BAIL-------------------  by _____

Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |

| DATE RECEIVED 6-27-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6-29-05 | MANUEL VARELA DUSM | By: |

AO 442    (Rev. 12/85) Warrant for Arrest