# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF __PUERTO RICO__

**UNITED STATES OF AMERICA**

VS.

ANGEL QUIÑONES-HERNANDEZ
CALLE SAN JUSTO #53
APT. 2
SAN JUAN, P.R. 00901

*WARRANT FOR ARREST*

CRIMINAL NO. 99-206-02 (JAF)

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **ANGEL QUIÑONES-HERNANDEZ**
(Name)

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment   [ ] Information   [ ] Complaint

[ ] Order of court   [X] FAILURE TO COMPLY WITH HIS CONDITIONS OF SUPERVISED RELEASE.

charging him or her with (brief description of offense)

in violation of Title _____ United States Code, Section(s) _____

| JOSE A. FUSTE | U.S. DISTRICT JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| REBECCA AGOSTINI-VIANA | AUGUST 21, 2003, HATO REY, PUERTO RICO |
| Signature of Deputy Clerk | Date and Location |

Bail fixed at $ ----------NO BAIL-------------- By REBECCA AGOSTINI VIANA
Name of Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/71/03 | PR FTF / USMS | |
| DATE OF ARREST | | |
| 8/21/03 | | |